JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAIME REYES,

    Plaintiff,

v.

YOSHINOYA AMERICA INC RESTAURANT, YOSHINOYA AMERICA INC, CHONG S YI, and DOES 1-10, Inclusive,

    Defendants.

_____

) Case No.:  2:12-CV-08515-DMG-RZ
)
)
) **ORDER VACATING**
) **SCHEDULING CONFERENCE**
) **AND PLACING CASE IN**
) **INACTIVE STATUS  [25]**
)
)
)
)
)
)

   Pursuant to stipulation of counsel, and good cause appearing therefor, the Scheduling Conference scheduled for January 25, 2013 at 11:00 a.m. is hereby VACATED.

   In light of the parties' representation that they have settled the case in its entirety in principle and that they are finalizing their written settlement agreement, this action is placed in inactive status.  By **February 15, 2013**, the parties shall file

either (1) a proper stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of **February 18, 2013**.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

Dated:  January 24, 2013

_____
DOLLY M. GEE
United States District Judge